```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02480
    STACEY D MULLINS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7619


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/04/2008 and was confirmed 03/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/26/2009.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
MB FINANCIAL              CURRENT MORTG        .00             .00             .00
MB FINANCIAL              MORTGAGE ARRE        .00             .00             .00
US BANK/RETAIL PAYMENT    UNSECURED         826.14             .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1174.34             .00             .00
AVON PRODUCTS             UNSECURED       NOT FILED            .00             .00
ATT CHICAGO               UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         562.50             .00             .00
HSBC TAX                  UNSECURED        1929.20             .00             .00
MED I MERCY PHYSICIAN     UNSECURED       NOT FILED            .00             .00
DELL FINANCIAL SERVICES   UNSECURED       NOT FILED            .00             .00
SALLIE MAE INC            UNSECURED            .00             .00             .00
SILVERLEAF RESORTS        SECURED NOT I       .00             .00             .00
ILLINOIS ATTORNEY GENERA  UNSECURED         217.34             .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY           50.00             .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,860.50                         2,653.00
TOM VAUGHN                TRUSTEE                                            222.00
DEBTOR REFUND             REFUND                                             125.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            3,000.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              2,653.00
TRUSTEE COMPENSATION                          222.00
DEBTOR REFUND                                 125.00
                   ---------------         ---------------
TOTALS             3,000.00                3,000.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02480 STACEY D MULLINS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/17/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |